**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMEO L. GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON CITY POLICE, et al.,<br><br>Defendants. | No.  2:21-CV-1626-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis. See ECF No 4.

Plaintiff has not filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2).  While Plaintiff has filed an application to proceed in forma pauperis in response to the Court's prior fee order, the application is not accompanied by a certified copy of Plaintiff's inmate trust account statement and is thus defecctive.  Plaintiff will be provided an additional opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to

1  comply with court rules and orders.  See Local Rule 110.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.    Plaintiff shall submit on the form provided by the Clerk of the Court,

4  within 30 days from the date of this order, a complete application for leave to proceed in forma

5  pauperis, with the required certified copy of his trust account statement, or the appropriate filing

6  fee; and

7          2.    The Clerk of the Court is directed to send Plaintiff a new form Application

8  to Proceed In Forma Pauperis By a Prisoner.

10  Dated:  October 5, 2021

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE